United States Court of Appeals for the District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
DEC 12 2013
RECEIVED

Alexander Cartner, Pro Se
Petitioner - husband
Elza Spada Cartner;

Case # 13-7118
13-7185

Motion for Extension of Time to submit required case document details until completed.

4-SC

V.

Richard O. Davis Phd, President and Administrator of Sibley Hospital; Loughboro Road N.W. Washington, D.C. 20016, Respondant c/o Reminescence Center 2nd floor, 5255 Loughboro Road N.W. Washington, D.C. 20016. Extension requested until 2014, Second

Wednesday, 2014 due to items related and not completed for this case number.

Honorably requested and absolute needs of wife, Elza Spada Cartner, to co-habitation with husband sence December 28, 2011.

No solution to our "annullment" with lower court or guardean!

Alexander Cartner, Pro Se
P.O. Box 627
Arlington, Virginia 22216
cell = 202-417-5864